UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

08 MC 80

NABORS ALASKA DRILLING, INC.,
    Plaintiff,

v.

Case Number 3:07-cv-00225-TMB

ARRIK ENERGY, INC. and
CENTURION GOLD HOLDINGS, INC.,
    Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

that Plaintiff Nabors Alaska Drilling, Inc., recover of defendants Arrik Energy, Inc. and Centurion Gold Holdings, Inc., the sum of $552,500.00, plus prejudgment interest at the rate of 1.5% per month on the principal sum from October 31, 2006, to February 20, 2008, in the amount of $133,256.80 plus $285.78 per day until the entry of judgment, for a total amount of pre-judgment interest of $141,544.42, attorney's fees in the amount of $_____ and plaintiff's cost of action in the amount of $_____ for a total judgment of $_____ with post-judgment interest thereon at the rate of 1.52% as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: March 20, 2008

                                      /s/Ida Romack
                                  Ida Romack, Clerk of Court

[Jmt1-with fees and costs-revised 1 30 06]

Certified to be a true and correct copy of original filed in my office.
Dated 4/4/08
IDA ROMACK, Clerk
By _____ Deputy


**LANE POWELL**
ATTORNEYS & COUNSELORS

*Jeri Ann Jenson*
*Direct Dial (907) 264-3305*
*JensonJ@LanePowell.com*

April 8, 2008

**CERTIFIED MAIL**
**RETURN-RECEIPT REQUESTED**

*08 MC 80*

Clerk of U.S. Courts
District of Delaware
844 North King Street
Wilmington, Delaware 19801-3519

Re:   *Nabors Alaska Drilling, Inc. v. Arrik Energy, Inc. and Centurion Gold Holdings*
      Registration of Foreign Judgment
      Our File No. 115223.0023

Dear Clerk:

I am enclosing an original and one copy of a certified Default Judgment from the District of Alaska to be registered in the Southern District of Texas, along with a filing fee of $39.00. Please return the filing fee receipt in the enclosed self-addressed, stamped envelope.

If you have any question, please do not hesitate to contact me.

Very truly yours,

LANE POWELL LLC

Jeri Ann Jenson

Enclosures
115223.0023/164169 1

www.lanepowell.com
T. 907.277.9511
F. 907.276.2631

A PROFESSIONAL CORPORATION
SUITE 301
301 W NORTHERN LIGHTS BLVD
ANCHORAGE, ALASKA 99503-2648

LAW OFFICES
ANCHORAGE, AK  OLYMPIA, WA
PORTLAND, OR  SEATTLE, WA
LONDON, ENGLAND